UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD GENE JOYNER,

    Plaintiff,

v.                                         Case No. 3:22cv10061-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

## ORDER and
## REPORT AND RECOMMENDATION

On July 26, 2022, the Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a second, complete motion or pay the $402 filing fee within twenty-one (21) days. ECF Doc. 3. The Court also advised Plaintiff he was required to keep the Court informed of any changes to his address, and his failure to comply with the order could result in a recommendation that this case be dismissed. After Plaintiff failed to comply with the July 26 Order within the allotted time, the Court ordered Plaintiff on August 23, 2022, to show cause within fourteen (14) days why this case should not be dismissed. ECF Doc. 4.

The August 23 Order was returned as undeliverable because Plaintiff was released from the Escambia County Jail on August 8. Although Plaintiff failed to inform the Court of his new address, on September 8, the clerk mailed a courtesy

copy of the August 23 Order to the address listed for Plaintiff on the Escambia County Jail's website. This copy of the Order has not been returned as undeliverable, but, to date, Plaintiff has neither responded to the August 23 Order nor complied with the July 26 Order. Based on the foregoing, dismissal of this action is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is ORDERED:

1. The clerk shall mail a courtesy copy of this Order and Report and Recommendation to Plaintiff at 7716 Waller Street, Pensacola, Florida 32505.

And it is RECOMMENDED:

2. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. That the clerk be directed to close the file.

At Pensacola, Florida, this 28th day of September, 2022.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:22cv10061-LC-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:22cv10061-LC-HTC