UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD GENE JOYNER,

    Plaintiff,

v.                                Case No. 3:22cv10061-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 28, 2022, (ECF No. 6), recommending dismissal based on Plaintiff's failure to prosecute and failure to comply with Court orders. Efforts have been to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1) with uncertain results. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of October, 2022.

                        *s/L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**